UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA MONACO                                              JURY TRIAL DEMANDED

V.                                                        CASE NO 3:06CV

LEADING EDGE RECOVERY SOLUTIONS, L.L.C.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. In and after September, 2005, the defendant communicated with plaintiff in connection with collection efforts with regard to an unknown person with the same last name as plaintiff.

7. Plaintiff orally and in writing informed the collector that it was the wrong number, that the named person did not reside at the address and was unrelated and requested no further calls.

8. Defendant continued to call plaintiff's telephone asking for the unknown person.

First Count

      9. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692c, d, or –e.

Second Count.

      10.   The allegations of the First Count are repeated and realleged as if fully set forth herein.

      11. Defendant engaged in acts and practices as to plaintiff in violation of the Consumer Collection Agency Act, C.G.S. § 36a-800 *et seq.*

      11. Defendant has thereby committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                                    THE PLAINTIFF

                                    BY____/s/ Joanne S. Faulkner___
                                    JOANNE S. FAULKNER ct04137
                                    123 Avon Street
                                    NEW HAVEN, CT 06511-2422
                                    (203) 772-0395
                                    j.faulkner@snet.net